UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY SHELDON HOOVER,

                    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

Case No. 11-5261 BHS-KLS

REPORT AND RECOMMENDATION

       This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

§ 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W.

v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for

remand. (ECF #16).  After reviewing the parties' stipulated motion and the remaining record, the

undersigned recommends that the Court grant the parties' motion, and remand this matter to the

Commissioner for further proceedings.

       This Court recommends that on remand the Appeals Council will remand the case to an

administrative law judge for a de novo hearing.

       Given the fact of the parties' stipulation, the Court recommends that the District Judge

immediately approve this Report and Recommendation and order the case **REVERSED** and

REPORT AND RECOMMENDATION - 1

1   **REMANDED.** A proposed order accompanies this Report and Recommendation.

2       DATED this 1st day of August, 2011.

3

4

5                          Karen L. Strombom
                         United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION - 2