UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY SHELDON HOOVER,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | Case No. 11-5261 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #17] recommending that this case be remanded, based on the stipulation of the parties [ECF #16]. It is therefore ORDERED

  (1) The Court ADOPTS the Report and Recommendation;

  (2) The Court REVERSES and REMANDS for further administrative proceedings; and

  (3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 4th day of August, 2011.

                       BENJAMIN H. SETTLE
                       United States District Judge

REPORT AND RECOMMENDATION - 1